ORIGINAL


RECEIVED
CHARLOTTE, N.C.
MAY 3 1 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

**GARDEN CITY BOXING CLUB, INC.,**
as Broadcast Licensee of the **May 3, 2003**
**DeLaHoya/Campas** Program

        Plaintiff.

-against-

REYNALDO RIZO and JOSE HERRAFF,
Individually, and as officers, directors, shareholders
and/or principals of TAQUERIA GUADALAJARA,
INC. d/b/a TAQUERIA GUADALAJARA, and
TAQUERIA GUADALAJARA, INC. d/b/a
TAQUERIA GUADALAJARA;

        Defendants.

---

Civil Action No.

3:05CV250-K

## ORDER

Considering the foregoing, IT IS HEREBY ORDERED that WAYNE D. LONSTEIN, ESQ., be and hereby is, permitted to appear <u>pro hac vice</u> for all purposes, including being heard in open court, in all aspects of the above captioned matter.

Charlotte, North Carolina, this **3rd** day of **June** 2005.

_____

Garden City Boxing Club, Inc. v. Rizo et al    Doc. 8

Dockets.Justia.com